IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RODERICK D. WILLIAMS, #56468-019,**

    **Plaintiff,**                            :

**vs.**                                                   :    CIVIL ACTION 05-00674-BH-B

**JUDGE CALLIE V.S. GRANADE,**    :
**et al.,**

                                             :

    **Defendants.**

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims in this action are either frivolous or fail to state a claim upon which relief may be granted.

    **DONE** this 31st day of August, 2007.

                                                              s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE